Harriet C. Callahan, Respondent, v. James Francis Callahan, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Manufacturers' Commercial Company, Appellant, v. Rochester Railway Company and Josiah W. Place, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse and Robson, JJ., who dissented.

Thomas S. Miller, Respondent, v. Harriet R. Miller, Appellant.— Orders affirmed, without costs. All concurred, except Williams, J., who dissented.

Isaac Rosskam and Others, Appellants, v. John Hederman and Mary F. Hederman, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Edward F. Hanlon, Respondent, v. James Farley, Appellant.— Judgment affirmed, with costs. All concurred.

George P. Senecal, Respondent, v. James C. Fargo, as President of the American Express Company, Appellant.— Judgment affirmed, with costs. All concurred.

National Supply Company, Respondent, v. William T. Jebb, Appellant.— Appeal dismissed, without costs.